CSD 1330 [02/01/20]
Name. Address. Telephone No. & I.D. No.

**Andrew H. Griffin, III 108378**
**275 E. Douglas Avenue, Suite 112**
**El Cajon, CA 92020**
**619 440-5000**
**108378 CA**

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Francisco T Campos**

BANKRUPTCY NO. **22-02637-MM13**

Date of Hearing:   **January 24, 2023**
Time of Hearing:   **2:00 pm**
Name of Judge:     **Margaret Mann**

Debtor.

## PRE-CONFIRMATION MODIFICATION date December 19, 2022 TO CHAPTER 13 PLAN DATED
### December 18, 2022_

1.  ☐   Section 2.1 of the plan is amended to change the amount of the monthly payment required to $_____ for _____ months starting _____.

2.  ☐   Section 2.2 of the plan is amended to change the payment amount at different time periods as follows: $_____ per _____ from _____ to _____

3.  ☑   Section 2.4 of the plan is amended to provide that Debtor(s) will change the obligation to turn over to the trustee all federal and state income tax refunds, other than earned income or childcare tax credits, received during the remainder of the plan term, as follows:  **All tax refunds, other than the tax EIC and Additional ChildTax credits, shall be submitted to the Trustee for the years 2022, 2023 and 2024**

4.  ☐   Section 3.1 of the plan is amended as follows:

| Name of creditor with last 4 digits of account number | Collateral | Amount of arrearage | Interest rate on arrearage (if applicable) | Monthly plan payment on arrearage | Estimated total payments by Trustee |
|---|---|---|---|---|---|
|  |  | $ | % | $ | $ |
|  |  | $ | % | $ | $ |

5.  ☐   Section 3.2.2 of the plan is amended as follows:

| Name of creditor with last 4 digits of account number | Amount of allowed secured claim | Interest rate as provided by law | Monthly payment to creditor | Estimated total monthly payments |
|---|---|---|---|---|
|  | $ | % | $ | $ |
|  | $ | % | $ | $ |

6.  ☐   Section 3.4 of the plan is amended to provide for the surrender of the collateral [describe] _____ to the secured creditor [describe] _____

7.  ☐   Section 4.8 of the plan is amended to provide for payment of the priority/secured tax claim of tax claimant [describe] _____ in the amount of $_____.

CSD 1330

CSD 1330 [02/01/20]                                                                                    Page 2 of 2
PRE-CONFIRMATION MODIFICATION DATED:         TO CHAPTER 13 PLAN DATED:
DEBTOR:
**Francisco T Campos**                       CASE NO.: **22-02637-MM13**

8.  ☐  Section 5.2.1 of the plan is amended to estimate the payment to allowed nonpriority unsecured claims not separately
        classified to $_____.

9.  ☐  Section 5.2.2 of the plan is amended to require payments to allowed nonpriority unsecured claims in the the amount of
        $_____. Interest as provided in Section 5.3 will be paid at the _____% to the extent of available funds.

☐  | Nonstandard additional provisions consistent with Part 9 are added to Part 9. |

☐  | |

☐  | |

Except as amended, the plan will remain in full force and effect. This amendment is not effective unless signed by the
Chapter 13 Trustee/Trustee's Attorney and approved by court order.

Acknowledged and Agreed:

_____          Dated:   **December 19, 2022**
Debtor(s) or Debtor(s) Attorney
*(By signing, attorney represents he/she is authorized to sign on behalf of client)*

_____          Dated:   _____
Joint Debtor (pro se)

_____          Dated:   **December 19, 2022**
Chapter 13 Trustee/Trustee's Attorney

CSD 1330