# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | FRANCISCO T CAMPOS |
| **Case Number:** | 22-02637-MM13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 07, 2023 02:00 PM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | LISA CRUZ |
| **Reporter / ECR:** | TRISH CALLIHAN |

### Matters:

1) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY THE MONEY SOURCE INC. (fr. 1/24/23)

2) NOTICE OF MODIFIED CHAPTER 13 PLAN DATED 12/18/22 FILED BEFORE CONFIRMATION FILED BY DEBTOR (fr. 1/24/23)

### Appearances:

MAUREEN A. ENMARK, ATTORNEY FOR TRUSTEE THOMAS H. BILLINGSLEA (Video appearance)

### Disposition:

1) Objection to Confirmation - Tentative Ruling as issued is the Order of the Court.  Appearances excused.

2) Notice of Modified Plan dtd 12/18/22 -  Plan confirmed.  Confirmation Order to be prepared and submitted by Mr. Griffin.