CSD 1547 [09/27/10]

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991
(619) 557-5620

## NOTICE OF CHANGE OF ADDRESS

IN RE: Francisco Campos , Debtor

CASE NUMBER: 22-02637

PLEASE NOTE: This form may <u>not</u> be used by the debtor to add creditors to schedules or mailing matrices. Use Local Form CSD 1100, <u>AMENDMENT.</u>

Check appropriate box below:

☐ DEBTOR OR JOINT DEBTOR NAMED BELOW:

NAME: _____  ☐ Debtor  ☐ Joint Debtor
(Please print)

NEW ADDRESS: _____
(New Street or Post Office Address)

_____
(City)          (State)          (Zip Code)

SIGNATURE: _____
(Attorney for) Debtor or Joint Debtor

☒ CREDITOR NAMED BELOW:

NAME: FreedomRoad Financial
(Please print)

NEW MAILING ADDRESS: 10509 Professional Circle, Ste 100
(New Street or Post Office Address)

Reno          NV          89521
(City)          (State)          (Zip Code)

SIGNATURE: /s/ Nichlas P. Spallas
(Agent for) Creditor

CSD 1547